IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORRTH CAROLINA
CHARLOTTE DIVISION
3:20CV25-GCM

| | |
|---|---|
| LARON BROWN, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| BELK/CHANEL, | ) |
| Defendant. | ) |

This matter is before the Court upon Defendant Belk's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.[1] A *Roseboro* notice was entered and sent to Plaintiff warning Plaintiff that he must respond to Defendant's motion by October 1, 2020 or request an extension of time. Plaintiff has failed to respond or otherwise move to extend the time to respond. The Court has reviewed the Defendant's motion and finds that for the reasons stated in Defendant's Memorandum in Support of Motion to Dismiss Plaintiff's Complaint (Doc. No. 5), the Complaint fails to state a claim upon which relief can be granted.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is hereby GRANTED.

Signed: October 5, 2020

Graham C. Mullen
United States District Judge

---

[1] The *pro se* Plaintiff appears to treat Belk and Chanel as one entity. Plaintiff did not separately serve "Chanel" with the Summons and Complaint.